UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| MARIA S. MONTEMAYOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 6:10-CV-00052-C |
| | ) | ECF |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff is appealing an adverse decision of Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g).  A United States Magistrate Judge filed a Report and Recommendation on January 9, 2012, and Plaintiff filed objections to the Report and Recommendation on January 23, 2012.  The Court has made a *de novo* review of the records and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court.

It is, therefore, **ORDERED** that Plaintiff's objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered cause is hereby **DISMISSED**.

Dated February 13, 2012.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE